# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERESA COOPER, on behalf of decedent GREGORY COOPER,<br><br>    Plaintiff,<br><br>v.<br><br>BECTON, DICKINSON AND COMPANY, et al.,<br><br>    Defendant. | Civil Action No.<br>1:21-cv-05050-WMR |

## LOCAL RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), the undersigned certifies that he served upon counsel of record a copy of the following discovery material on October 19, 2022:

**Plaintiff's Fourth Set of Requests for the Production of Documents to Defendant Becton, Dickinson And Company**

Undersigned counsel caused to be served a copy of this document via email to:

Lori G. Cohen  
CohenL@gtlaw.com  
Sean P. Jessee  
jessees@gtlaw.com  
**GREENBERG TRAURIG, LLP**  
Terminus 200  
3333 Piedmont Road NE, Suite 2500  
Atlanta, GA 30305  

*Attorneys for Defendant*  
*Becton, Dickinson and Company*

- 2 -

Respectfully submitted,

**TERESA COOPER, on behalf of decedent GREGORY COOPER,**

Date: October 19, 2022

By: /s/ Brandt Silver-Korn
    One of Plaintiff's Attorneys

Benjamin H. Richman*
brichman@edelson.com
Michael Ovca*
movca@edelson.com
Angela Reilly*
areilly@edelson.com
**EDELSON PC**
350 North Lasalle, 14th Floor
Chicago, IL 60654

Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111

Charles C. Bailey
Georgia Bar No. 626778
Sutton Connelly
Georgia Bar No. 940353
**COOK & CONNELLY, LLC**
750 Piedmont Ave. NE
Atlanta, GA 30308

*Attorneys for Plaintiff Clara Jordan, on behalf of decedent Charles Jordan*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

I hereby certify that the foregoing document was prepared in Times New Roman, 14-point font, as provided by Local Rule 7.1(D).

/s/ Brandt Silver-Korn

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October, 2022, a copy of the foregoing **Local Rule 5.4(A) Certificate of Service** was served upon all counsel of record via the Court's CM/ECF system.

/s/ Brandt Silver-Korn